MHK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Crandall Barnett Williams

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Jesse Walker Jr.
Quentin Tanner
Terry McCan
Dr. Ghosh

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

RECEIVED
7-10-2008
JUL 10 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV3925
JUDGE GUZMAN
MAG. JUDGE KEYS

CHECK ONE ONLY:

✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
    U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
    28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

# PRISONER CORRESPONDENCE FORM

Please fill out and return this form along with any other pleading you wish to submit to the court. It is your responsibility to keep the court advised of your current address in order for you to receive orders from the court. Failure to do so may result in dismissal of your case for want of prosecution. Once the Prisoner Correspondent records this information, this form will be destroyed.

**PLEASE PRINT**

1. Name: _Crandall_ _Barnett_ _Williams_
   (First)   (Middle)   (Last)

   List Alias Names, if any: _____

2. Any Current/Prior Prison ID Number(s): _B60690_

   Name of Prison(s): _Stateville Corr. Center, Vienna Corr. Center_

3. Jail ID Number(s): _20080021755, 20080030967_

   Name of Jail(s): _Cook County D.O.C._

4. Date of Birth: _March 13, 1984_

5. Home Address (Do not use P.O. Box):

   Street Name and Number: _Honore St. 12415_

   City, State and Zip Code: _Calumet Park, IL. 60827_

I. **Plaintiff(s):**

    A. Name: Crandall B. Williams

    B. List all aliases: _____

    C. Prisoner identification number: 20080030967 / R60690

    D. Place of present confinement: Cook County D.O.C.

    E. Address: P.O. Box 089002 Chicago, IL. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: Jesse Walker Jr.

       Title: Warden

       Place of Employment: Several Illinois Corr. facilities

    B. Defendant: Quentin Tanner

       Title: Dietary Manager at Stateville NRC

       Place of Employment: Stateville NRC

    C. Defendant: Terry McCan

       Title: Warden at Stateville NRC

       Place of Employment: Stateville NRC

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Continued from page 2

II Defendant(s):

D. Defendant: Dr. Ghosh
   Title: Head Doctor at Stateville NRC
   Place of Employment: Stateville NRC

Notes

The Social Worker here at Cook County Department of Corrections has provided me with all the information I needed from Stateville Correctional Center to go further with this case. Her name is Ms. Butler. She has tried several times to retreive a first name of the above, Dr. Ghosh, but was turned down by Warden Terry McCan.

Crandall Williams
June 24, 2008

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: None

B. Approximate date of filing lawsuit: None

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: None

D. List all defendants: None

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): None

F. Name of judge to whom case was assigned: None

G. Basic claim made: None

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): None

I. Approximate date of disposition: None

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I, Crandall B. Williams am stating that on April 23, 2008 I was incarcerated at Stateville NRC while waiting for a Parole Hearing. I was given a food tray which came through the "Food Service Door" in Cell # 2-13 on B-House. While eating the food I became very sick and pressed the Emergency Button on the wall in the cell. No one responded. My Celly, Mike Benge (R64835) began helping me cough up the food. I started having severe chest and stomach pains. The next day I was given "Laxative" but it did not work. The following I received medical attention from an Unknown nurse who said she cannot help me. My new celly, Devin Seats (R65374) witnessed this. Jesse Walker Jr. is involved in this case because he is the higher Power of all Correctional facilities in this state. Terry McCan is involved because he is the Warden at Stateville NRC. Quentin Tanner is involved in this case because he is the Dietary Manager at Stateville NRC. Dr. Ghosh is involved because he is the Head Doctor at Stateville NRC.

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am asking the Court to make sure that I am paid for all damages done to my body as a result of this incident in the amount of: $800,000. The money is to make sure that my health is taken care of so this may not happen again. I was only at Stateville NRC for a Parole Hearing. The incident, I admit, was a near-death experience.

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 24th day of June, 20 08

Crandall B. Williams
(Signature of plaintiff or plaintiffs)

Crandall B. Williams
(Print name)

2008 0030967
(I.D. Number)

P.O. Box 089002
Chicago, IL 60608
(Address)

6

Revised 9/2007

**RETURNED**

JUN 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

6-1-08

To whom it may concern...

I, inmate Crandell Williams have a question about the newly revised complaint form I have recently requested from the Law Library. At the end of the packet it contains a "request for signature" by an authorized officer of the institution thus giving proof that the complaining inmate is sure of his own identity and available currency in the Trust Fund so that the cost of the filing fee be deducted out of the account. That is okay but the officers here at Cook County Jail does not want and will not help me or other inmates sign anything especially something that spells the words Law Suit. I hope you understand. See, I only been incarcerated two months and something has already happened to me. I cannot understand why would I have to wait six months to file a law suit. I was food poisoned and my body is changing from size to weight at one time. Please help me. I think it's irrelevant to have to six months after the fact, be heard. I am seriously in pain and even Cermak Hospital is feeding me the wrong medication and they take too long to respond to anyone's request forms. Please tell me that I can file my law suit now. I have to file the Law Suit by myself. I do not have any help. This is the first letter of many others the longer it takes to get a response. Please write back.

Sincerely,
Crandell Williams

**RETURNED**

JUN 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

# DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: Crandall Williams    Today's Date: 5-9-08

ID #: 2008-0030967  (Booking Year) (Number)   Division: 9   Tier: 3-H   Birth Date: 3-13-84

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☒ I want information about HIV / AIDS

Describe your problem: On April 22nd I was shipped from here in Cook County over to Stateville Correctional Center. I was there for only 10 days. In between those days I do know that I swallowed something in my food that has left me very sick. I need medical attention as soon as possible. I can barely breathe. I'm having severe chest and stomach pains daily.

How long have you had this problem? 2 days / (weeks) / months (circle one)
Next Court Date: 6-11-08

Referred to: ☐ Medical  ☐ Dental  ☐ Mental Health  ☐ Health Educator  ☐ DOC   Date:

**Initial Provider Note:** _____

Signature/Title: _____ Date: _____ Time: _____

**Secondary Disposition:** (as Indicated) Recommended Follow-up:  ☐ Sick Call   ☐ PRN
Signature/Title: _____ Date: _____ Time: _____

**Appointment Scheduler:**
Appointment Date: _____
Signature/Title: _____
Date: _____ Time: _____

PATIENT LABEL

Form#: 86322  Rev. March 2006

# RETURNED

JUN 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

**CERMAK HEALTH SERVICES OF COOK COUNTY**
2800 S. California Ave, Chicago, Illinois 60608
(773) 869-5622

## Prescription Order
Nursing / CMT / Dialysis Copy

Patient: Williams, Craudle   ID# 08-0530767   Date: 5/14/08

Problem: _____   Location: 9   Weight: _____   Date of Birth: _____

Order (Physician's Signature after last order): _____   Allergy: NKA

**Rx**

Zantac 150 7 PRN BID x 2 w

DEA / Illinois Lic.#: _____   Physician ** PRINT: _____   Time: _____

Form 853.01   Med/Surg [ ]   MHS [ ]

1

Notes

Somebody has stolen my identification recently and has filed income tax returns in my name. I do not know or have any idea who this person is. I was incarcerated from Jan 20, 2007 to Nov 20, 2007. Even in the previous year I did not have a job.

Crandall Williams
June 24, 2008

| | |
|---|---|
| CERMAK HEALTH SERVICES OF COOK COUNTY<br>2800 S. California Ave. Chicago, Illinois 60608<br>(773) 869-5622 | **Prescription Order**<br>Nursing / CMT / Dialysis Copy |

Patient: Williams, Crandle   ID#: 08-0530767   Date: 5/14/08

Problem: ____   Location: 9   Weight: ____   Date of Birth: ____

Order (Physician's Signature after last order)   Allergy: NKA

**Rx**

Zantac 150 - 7 PO BID x 2 wks

_[signature] MD_

DEA / Illinois Lic.#: ____   Physician ** PRINT: ____   Time: ____

Form 853.01

Med/Surg [ ]  MHS [ ]

1

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

# DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: **Crandall Williams**　Today's Date: **5-9-08**

ID #: **2008 - 0030967**　Division: **9**　Tier: **3-H**　Birth Date: **3-13-84**
(Booking Year)　(Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☒ I want information about HIV / AIDS

Describe your problem: **On April 22nd I was shipped from here in Cook County over to Stateville Correctional Center. I was there for only 10 days. In between those days I do know that I swallowed something in my food that has left me very sick. I need medical attention as soon as possible. I can barely breathe. I'm having severe chest and stomach pains daily.**

How long have you had this problem? **2**　days / **weeks** / months (circle one)
Next Court Date: **6-11-08**

---

Referred to:　☐ Medical　☐ Dental　☐ Mental Health　☐ Health Educator　☐ DOC　Date:

**Initial Provider Note:** _____

Signature/Title: _____　Date: _____　Time: _____

**Secondary Disposition:** (as indicated): Recommended Follow-up:　☐ Sick Call　☐ PRN
Signature/Title: _____　Date: _____　Time: _____

**Appointment Scheduler:**

Appointment Date: _____

Signature/Title: _____

Date: _____　Time: _____

PATIENT LABEL

Form#: 86322　Rev: March 2006

# ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

**Date:** 5-24-08
**Offender:** (Please Print) Crandall Williams
**ID#:** 20080030967
**Present Facility:** Cook County D.O.C.
**Facility where grievance issue occurred:** Stateville NRC

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [x] Other (specify): Warden
- [ ] Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On April 23, 2008 I was inside my cell at the table waiting on my food. At 5:00 pm I was given a tray that looked normal. After eating the food I started choking and vomit came up real fast. It felt like I swallowed an object in my food which hurt my throat, cut my breathing short and left my stomach in pain. I pressed the call button but there was no response until the next day. I was given medical attention on April 25, 2008 and I continued to have pain. I was in cell 2-11 on B-House. This Grievance is for Terry McCan, the Warden at Stateville NRC.

**Relief Requested:** _____

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Crandall Williams | R60690 | 5/24/2008
Offender's Signature | ID# | Date

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

**Date Received:** ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

**Response:** _____

Print Counselor's Name | Counselor's Signature | Date of Response

### EMERGENCY REVIEW

**Date Received:** ___/___/___
Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature | Date

**OFFENDER'S GRIEVANCE**

Date: 5-24-08
Offender: (Please Print) Crandall Williams
ID#: 20080030967
Present Facility: Cook County D.O.C.
Facility where grievance issue occurred: Stateville NRC

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [x] Other (specify): Warden

- [ ] Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: This Grievance is to Mr. Jesse Walker Jr. On April 22, 2008 I returned back to Stateville NRC because of my Parole Status. I was only there waiting for a Preliminary Hearing, Which means that I wasn't suppose to be there because I have not yet been Violated or Convicted on any charges. On April 23, 2008 I was given a tray of food. I ate the food and later learned that the food had something in it that caused me to seek Medical Attention immediately. I have Written Grievances on all other parties responsible.

Relief Requested: _____

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Crandall Williams   R60690   5/24/2008
Offender's Signature   ID#   Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL. 62794-9277.

Response: _____

Print Counselor's Name _____ Counselor's Signature _____ Date of Response _____

**EMERGENCY REVIEW**

Date Received: ___/___/___
Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature _____ Date _____

# OFFENDER'S GRIEVANCE

**Date:** 5-24-08
**Offender:** (Please Print) Crandall Williams
**ID#:** 20080030967
**Present Facility:** Cook County D.O.C.
**Facility where grievance issue occurred:** Stateville NRC

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [ ] Staff Conduct
- [x] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Other (specify): _____
- [ ] Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On April 23, 2008 I was inside my cell at the table waiting on my food. At 5:00 pm I was given a tray that looked normal. After eating the food I started choking and vomit came up real fast. It felt like I swallowed an object in my throat which cut my breathing short and left my stomach in pain. I pressed the call button but there was no response until the next day. I was given Medical attention on April 25, 2008 and I continued to have pain. I was in Cell 2-11 on B-House. This Grievance is for Quentin Tanner, the Dietary Manager - 2nd shift.

**Relief Requested:** _____

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Crandall Williams                              B60690        5/24/2008
Offender's Signature                           ID#           Date
(Continue on reverse side if necessary)

## Counselor's Response (if applicable)

**Date Received:** ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

**Response:** _____

Print Counselor's Name _____ Counselor's Signature _____ Date of Response ___/___/___

## EMERGENCY REVIEW

**Date Received:** ___/___/___
Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature _____ Date ___/___/___

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| | | |
|---|---|---|
| Date: 5-24-08 | Offender: (Please Print) Crandall Williams | ID#: 20080030567 |
| Present Facility: Cook County D.O.C. | Facility where grievance issue occurred: Stateville NRC | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify): _____

- ☐ Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On April 23, 2008 I was inside my cell at the table waiting on my food. At 5:00 pm. I was given a tray that looked normal. After eating the food I started choking and vomit came up came up real fast. It felt like I swallowed an object in my throat which cut my breathing short and left my stomach in pain. I pressed the call button but there was no response until the next day. I was given medical attention on April 25, 2008 and I continued to have pain. I was in cell 2-11 on B-House. This grievance is for Dr. Ghosh; Head Doctor.

**Relief Requested:** _____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Crandall Williams      R60690      5/24/2008
Offender's Signature      ID#      Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name      Counselor's Signature      Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___    Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature      Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| | | |
|---|---|---|
| Date: 5-24-08 | Offender: (Please Print) Crandall Williams | ID#: 20080030967 |
| Present Facility: Cook County D.O.C. | Facility where grievance issue occurred: Stateville NRC | |

**NATURE OF GRIEVANCE:**

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ Disability
☐ Staff Conduct  ☒ Dietary  ☐ Medical Treatment  ☐ HIPAA
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator  ☐ Other (specify): _____

☐ Disciplinary Report: ___/___/___   _____
                        Date of Report    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On April 23, 2008 I was inside my cell at the table waiting on my food. At 5:00 pm I was given a tray that looked normal. After eating the food I started choking and vomit came up real fast. It felt like I swallowed an object in my throat which cut my breathing short and left my stomach in pain. I pressed the call button but there was no response until the next day. I was given medical attention on April 25, 2008 and I continued to have pain. I was in cell 2-11 on B House. This Grievance is for all parties responsible: Quaintin Tanner; the Dietary Manager on 2nd shift, Dr. Ghosh; the Head Doctor, Terry McCan; the Warden at Stateville NRC, and Jesse Walker Jr; Warden.

**Relief Requested:** _____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Crandall Williams                    R60690        5/24/2008
Offender's Signature                    ID#            Date
(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____   _____   ___/___/___
Print Counselor's Name     Counselor's Signature     Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___   Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
                                                                                  ☐ No; an emergency is not substantiated.
                                                                                  Offender should submit this grievance in the normal manner.

_____   ___/___/___
Chief Administrative Officer's Signature    Date