FILED MHW

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

JUL 10 2008
7-10-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Crandall B. Williams
_____Plaintiff_____

v.

Jesse Walker Jr.,
Quentin Tanner, Terry McCan, Dr. Ghosh
_____Defendant(s)_____

08CV3925
JUDGE GUZMAN
MAG. JUDGE KEYS

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, Crandall B. Williams, declare that I am the ☒ plaintiff ☐ petitioner ☐ movant (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Question 2)
   I.D. # 20080030967   Name of prison or jail: Cook County D.D.C.
   Do you receive any payment from the institution? ☐ Yes ☒ No   Monthly amount: _____

2. Are you currently employed?   ☐ Yes   ☒ No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: April 2004
      Monthly salary or wages: $9.00 an hour
      Name and address of last employer: United Parcel Service, Willow Springs, IL.

   b. Are you married?   ☐ Yes   ☒ No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages   ☐ Yes   ☒ No
   Amount _____ Received by _____

b. ☐ Business, ☐ profession or ☐ other self-employment.  ☐ Yes  ☒ No
Amount _____ Received by _____

c. ☐ Rent payments, ☐ interest or ☐ dividends.  ☐ Yes  ☒ No
Amount _____ Received by _____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☒ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
Amount $1536.00  Received by Gwendolyn Williams  ☒ Yes  ☐ No

e. ☐ Gifts or ☐ inheritances  ☐ Yes  ☒ No
Amount _____ Received by _____

f. ☐ Any other sources (state source: _____)  ☐ Yes  ☒ No
Amount _____ Received by _____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?  ☐ Yes  ☒ No  Total amount: _____
In whose name held: _____ Relationship to you: _____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?  ☒ Yes  ☐ No
Property: 12415 So. Honore St.  Current Value: $90,000
In whose name held: Gwendolyn Williams  Relationship to you: Mother

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?  ☐ Yes  ☒ No
Address of property: _____
Type of property: _____ Current value: _____
In whose name held: _____ Relationship to you: _____
Amount of monthly mortgage or loan payments: _____
Name of person making payments: _____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?  ☐ Yes  ☒ No
Property: _____
Current value: _____
In whose name held: _____ Relationship to you: _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents

_____

notes

The Social Worker here in Cook County D.O.C. has been trying very hard to help with the "In Forma Pauperis" application. The problem here is that they are switching Commissary Companies which makes it harder to get a "print-out" of a Trust Fund Account Balance. They say it may take a couple of weeks for the computers to be up and running. So right now she (Ms. Butler) is holding on to that page for me and as soon as she gets the Account "print-out" she will sign it and I will send it as quickly as possible. Even the copy machine in the Law Library does not work. I cannot stand and wait another month to be heard. I am filing my complaint right now. Please help me out.

Crandall Williams
June 24, 2008

**WESTERN UNION QUICK COLLECT®**

## PAYMENT CONFIRMATION

ISSUE DATE: JUN 02/2008   19:27 EST
ORIGIN:  CALUMET PARK IL         MTCN# 673 967 6958

THE SUM OF: Twenty dollars.                              $20.00

ACCOUNT NO.: 20080030967WILLIAMS
SENDER NAME: GWENDOLYN WILLIAMS

NON-NEGOTIABLE

```
              DEPOSIT RECEIPT

       Stamp: 05/12/2008 13:21
       TranID: 4035292
    Component: COOK COUNTY JAIL
         Name: WILLIAM, CRANDELL
       Number: 20080030967
          DIV: 09
        BL/BU: 3H
          T/D: 32
          C/B: 67
      Check #: 1575216283
        Media: WESTERN UNION
       Amount: $      20.00
      Balance: $      60.00
         Owed: $       0.00
      Check #: 1575216283

X_____
Authorized

X_____
```

```
Facility: COOK COUNTY JAIL
 Shipped: 05/14/2008 16:39
  Order#: 1922518
     Loc: DIV 09
          BL/BU 3H
          T/D 32
          C/B 67
    Name: WILLIAM, CRANDELL
  Number: 20080030967
```

## 33 Items

| QTY | PLU | Item | Sub | Tax R |
|---|---|---|---|---|
| 1 | 9133 | BOXERS - LARGE | 3.50 | 0.00 |
| 1 | 3055 | FRITO CHILI/CH | 0.78 | 0.00 |
| 1 | 9201 | STAMPS | 4.10 | 0.00 |
| 1 | 7114 | SAUSAGE-HT BEEF | 2.25 | 0.00 |
| 1 | 8005 | ATMIC FIRE BALLS | 0.97 | 0.00 |
| 1 | 1028 | SOAP - IRISH SPRG | 0.90 | 0.00 |
| 1 | 1019 | BABY POWDER | 1.70 | 0.00 |
| 1 | 6001 | ENV #10 WHITE | 0.03 | 0.00 |
| 1 | 1036 | TOOTHPST-CLGATE | 1.87 | 0.00 |
| 2 | 7004 | OATMEAL SANDWICH | 3.30 | 0.00 |
| 1 | 6013 | TUMBLER - PLSTIC | 0.50 | 0.00 |
| 1 | 6014 | ENVELOPES 9X12 | 0.15 | 0.00 |
| 1 | 5010 | ORANGE BKFST DR | 1.40 | 0.00 |
| 1 | 1020 | LOTION-COCO BTR | 1.85 | 0.00 |
| 1 | 7147 | HOT PICKLE | 1.00 | 0.00 |
| 1 | 3063 | BACONETTES | 0.78 | 0.00 |
| 1 | 7113 | SUMR SAUSGE-BEEF | 2.25 | 0.00 |
| 1 | 7003 | PEANUT BTR BARS | 1.65 | 0.00 |
| 2 | 1030 | SOAP - TONE | 2.00 | 0.00 |
| 1 | 1037 | TOOTHBRSH-TEK MD | 0.97 | 0.00 |
| 1 | 6016 | CARDS-LOVE | 1.00 | 0.00 |
| 1 | 9005 | COOKIE - STAWBERR | 1.58 | 0.00 |
| 1 | 7107 | BBQ SAUCE | 2.40 | 0.00 |
| 1 | 3060 | CHEETOS - HOT | 0.78 | 0.00 |
| 2 | 7115 | TUNA | 3.00 | 0.00 |
| 3 | 9203 | STAMPED ENVELOPE | 1.80 | 0.00 |
| 2 | 7117 | TORTILLAS | 1.90 | 0.00 |

33 Items Total

```
Subtotal: $    44.41
     Tax: $     0.00
   Total: $    44.41
 Balance: $    15.59
```

**INMATE COPY**



**\*\*TRANSACTION REPORT\*\***
Print Date: 06/03/2008

Inmate Name: WILLIAM, CRANDELL              Balance:     $0.00
Inmate Number: 20080021755
Inmate DOB: 3/13/1984

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 05/12/2008 | CVOID-CREDIT | -20.00 | 0.00 |
| 04/22/2008 | CREDIT | 20.00 | 20.00 |

© 2004 ARAMARK Corporation. All Rights Reserved



 

**\*\*TRANSACTION REPORT\*\***
Print Date: 05/27/2008

Inmate Name: WILLIAM, CRANDELL          Balance:     $2.90
Inmate Number: 20080030967
Inmate DOB: 3/13/1984

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 05/21/2008 | ORDER DEBIT | -12.69 | 2.90 |
| 05/14/2008 | ORDER DEBIT | -44.41 | 15.59 |
| 05/12/2008 | CREDIT | 20.00 | 60.00 |
| 05/08/2008 | CREDIT | 20.00 | 40.00 |
| 05/05/2008 | CREDIT | 20.00 | 20.00 |

© 2004 ARAMARK Corporation. All Rights Reserved

```
Facility: COOK COUNTY JAIL
 Shipped: 05/21/2008 14:28
  Order#: 1929510
     Loc: DIV 09
          BL/BU 3H
          T/D 32
          C/B 67
    Name: WILLIAM, CRANDELL
  Number: 20080030967
```

# 11 Items

| QTY | PLU | Item | Sub | Tax R | | QTY | PLU | Item | Sub | Tax R |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3055 | FRITO CHILI/CH | 0.78 | 0.00 | | | | | | |
| 1 | 1017 | DEOD MEN MENN | 2.45 | 0.00 | | | | | | |
| 1 | 6003 | PEN-PLSTC | 0.28 | 0.00 | | | | | | |
| 1 | 7109 | MAYONNAISE | 2.20 | 0.00 | | | | | | |
| 2 | 1030 | SOAP - TONE | 2.00 | 0.00 | | | | | | |
| 2 | 7115 | TUNA | 3.00 | 0.00 | | | | | | |
| 2 | 9203 | STAMPED ENVELOPE | 1.20 | 0.00 | | | | | | |
| 1 | 3023 | DORITOS HABANERO | 0.78 | 0.00 | | | | | | |

11 Items Total

```
 Subtotal: $      12.69
      Tax: $       0.00
    Total: $      12.69
  Balance: $       2.90
```

**INMATE COPY**

Facility: COOK COUNTY JAIL
Shipped: 05/28/2008 14:05
Order#: 1936744
Loc: DIV 09
BL/BU 3H
T/D 32
C/B 67
Name: WILLIAM, CRANDELL
Number: 20080030967

## 4 Items

| QTY | PLU | Item | Sub | Tax R |
|---|---|---|---|---|
| 1 | 6001 | ENV #10 WHITE | 0.03 | 0.00 |
| 1 | 7004 | OATMEAL SANDWICH | 1.65 | 0.00 |
| 1 | 6014 | ENVELOPES 9X12 | 0.15 | 0.00 |
| 1 | 6002 | LEGAL PAD - WHTE | 0.75 | 0.00 |

4 Items Total

Subtotal: $   2.58
     Tax: $   0.00
   Total: $   2.58
 Balance: $   0.32

INMATE COPY

PICK TICKET

Facility: COOK COUNTY JAIL
Shipped: 06/18/2008 16:48
 Order#: 1959015
    Loc: DIV 09
         BL/BU 3H
         T/D 32
         C/B 67
   Name: WILLIAM, CRANDELL
 Number: 20080030967

## 8 Items

| QTY | PLU | Item | Sub | Tax R | QTY | PLU | Item | Sub | Tax R |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1006 | SHMPOO DNDRFF | 2.02 | 0.00 | | | | | |
| 1 | 1028 | SOAP - IRISH SPRG | 0.90 | 0.00 | | | | | |
| 1 | 1036 | TOOTHPST-CLGATE | 1.87 | 0.00 | | | | | |
| 2 | 6014 | ENVELOPES 9X12 | 0.30 | 0.00 | | | | | |
| 2 | 1030 | SOAP - TONE | 2.00 | 0.00 | | | | | |
| 1 | 9203 | STAMPED ENVELOPE | 0.60 | 0.00 | | | | | |

8 Items Total

Subtotal: $    7.69
     Tax: $    0.00
   Total: $    7.69
 Balance: $   32.63

INMATE COPY

```
Facility: COOK COUNTY JAIL
 Shipped: 06/25/2008 18:09
 Order#:  1966619
     Loc: DIV 09
          BL/BU 3H
          T/D 32
          C/B 67
    Name: WILLIAM, CRANDELL
  Number: 20080030967
```

# 2 Items

| QTY | PLU | Item | Sub | Tax R | QTY | PLU | Item | Sub | Tax R |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 9203 | STAMPED ENVELOPE | 1.20 | 0.00 | | | | | |

2 Items Total

```
Subtotal: $      1.20
     Tax: $      0.00
   Total: $      1.20
 Balance: $     31.43
```

INMATE COPY