FILED

JUL 14 2008 aew
Jul 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

7-9-08

08C3925

Here is a copy of my latest Trust Fund Account Transaction reciept.

Crandall Williams
2008003-0967

Cook County Jail
Resident Transaction Receipt (Reprint)
Monday, July 07, 2008  @12:36
================================================================

Clerk ID: 780544
Reciept / Trans #: 102154720
BNO:                   Inmate Name:                              Resident DOB:
  20080030967            WILLIAM, CRANDELL

Description: 191411
Div/Bldg: 093H    Tier: 32    Cell: 67

Trans Type:     Transaction Date:   Amount:         Current Funds:
  DEPMO           Jul 07, 2008      $   20.00         $    51.43

Cook County Jail
Resident Transaction Receipt (Reprint)
Monday, July 07, 2008  @12:36
================================================================

Clerk ID: 780544
Reciept / Trans #: 102154720
BNO:                   Inmate Name:                              Resident DOB:
  20080030967            WILLIAM, CRANDELL

Description: 191411
Div/Bldg: 093H    Tier: 32    Cell: 67

Trans Type:     Transaction Date:   Amount:         Current Funds:
  DEPMO           Jul 07, 2008      $   20.00         $    51.43

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 6-24-08

_Crandall Williams_
Signature of Applicant

_Crandall B. Williams_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _Williams, Crandall_ I.D.# _20080030967_, has the sum of $ _51.43_ on account to his/her credit at (name of institution) _Cook County Dept of Corrections_. I further certify that the applicant has the following securities to his/her credit: _-0-_. I further certify that during the past six months the applicant's average monthly deposit was $ _12.85_.
(Add all deposits from all sources and then divide by number of months).

_7-9-08_
DATE

_V. Butler_
SIGNATURE OF AUTHORIZED OFFICER

_V. Butler_
(Print name)

rev. 7/18/02

-3-

**Resident Funds Inquiry**
Current User Name: **PROGSERV** Logout

ResId: 20080030967    [Submit]

Resident Id: 20080030967
Resident Name: WILLIAM , CRANDELL
Date of Birth:
Location: 093H -32 -67

**Account Activity:**

| Date | Transaction Type | Transaction Description | Amount | Balance | Held | Total |
|---|---|---|---|---|---|---|
| 7/07/2008 | DEPMO | 191411 | 20.00 | 51.43 | 0.00 | 51.43 |
| 6/30/2008 | DEBT FWD | ALL DEBT AT CONVERSION | 0.00 | 31.43 | 0.00 | 31.43 |
| 6/30/2008 | BALANCE FWD | BALANCE AT CONVERSION | 31.43 | 31.43 | 0.00 | 31.43 |