**FILED**
**JULY 21, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MHK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SMM

Crandall Barnett Williams

**RECEIVED**
7-10-2008
JUL 10 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**08CV3925**
**JUDGE GUZMAN**
**MAG. JUDGE KEYS**

vs.

Jesse Walker Jr.
Quentin Tanner
Terry McCan
Dr. Ghosh

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
<u>use</u> "et al.")

**CHECK ONE ONLY:**

✓      COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
         U.S. Code (state, county, or municipal defendants)

_____     COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
         28 SECTION 1331 U.S. Code (federal defendants)

_____     OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

## PRISONER CORRESPONDENCE FORM

Please fill out and return this form along with any other pleading you wish to submit to the court. It is your responsibility to keep the court advised of your current address in order for you to receive orders from the court. Failure to do so may result in dismissal of your case for want of prosecution. Once the Prisoner Correspondent records this information, this form will be destroyed.

**PLEASE PRINT**

1. Name: Crandall (First) Barnett (Middle) Williams (Last)

   List Alias Names, if any: _____

2. Any Current/Prior Prison ID Number(s): B60690

   Name of Prison(s): Stateville Corr. Center, Vienna Corr. Center

3. Jail ID Number(s): 20080021755, 20080030967

   Name of Jail(s): Cook County D.O.C.

4. Date of Birth: March 13, 1984

5. Home Address (Do not use P.O. Box):

   Street Name and Number: Honore St. 12415

   City, State and Zip Code: Calumet Park, IL. 60827

I.  **Plaintiff(s):**

   A. Name: Crandall B. Williams

   B. List all aliases: _____

   C. Prisoner identification number: 20080030967 / R60690

   D. Place of present confinement: Cook County D.O.C.

   E. Address: P.O. Box 089002 Chicago, IL. 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Jesse Walker Jr.

   Title: Warden

   Place of Employment: Several Illinois Corr. facilities

   B. Defendant: Quentin Tanner

   Title: Dietary Manager at Stateville NRC

   Place of Employment: Stateville NRC

   C. Defendant: Terry McCan

   Title: Warden at Stateville NRC

   Place of Employment: Stateville NRC

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

Continued from Page 2

II Defendant(s):

D. Defendant: Dr. Ghosh
   Title: Head Doctor at Stateville NRC
   Place of Employment: Stateville NRC

   notes
The Social Worker here at Cook County Department of Corrections has provided me with all the information I needed from Stateville Correctional Center to go further with this case. Her name is Ms. Butler. She has tried several times to retreive a first name of the above, Dr. Ghosh, but was turned down by Warden Terry McCan.

Crandall Williams
June 24, 2008

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: None

B. Approximate date of filing lawsuit: None

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: None

D. List all defendants: None

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): None

F. Name of judge to whom case was assigned: None

G. Basic claim made: None

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): None

I. Approximate date of disposition: None

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**IV.  Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I, Crandall B. Williams am stating that on April 23, 2008 I was incarcerated at Stateville NRC while waiting for a Parole Hearing. I was given a food tray which came through the "Food Service Door" in Cell # 2-13 on B-House. While eating the food I became very sick and pressed the Emergency Button on the wall in the cell. No one responded. My Celly, Mike Benge (R69835) began helping me cough up the food. I started having severe Chest and Stomach pains. The next day I was given "Laxative" but it did not work. The following I received medical attention from an unknown nurse who said she cannot help me. My new celly, Devin Seats (R65374) witnessed this. Jesse Walker Jr. is involved in this case because he is the higher Power of all Correctional facilities in this state. Terry McCan is involved because he is the Warden at Stateville NRC. Quentin Tanner is involved in this case because he is the Dietary Manager at Stateville NRC. Dr. Ghosh is involved because he is the Head Doctor at Stateville NRC.

Revised 9/2007

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am asking the court to make sure that I am paid for all damages done to my body as a result of this incident in the amount of: $800,000. The money is to make sure that my health is taken care of so this may not happen again. I was only at Stateville NRC for a Parole Hearing. The incident, I admit, was a near-death experience.

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 24th day of June, 20 08

_Crandall B. Williams_
(Signature of plaintiff or plaintiffs)

Crandall B. Williams
(Print name)

2008 0030967
(I.D. Number)

P.O. Box 089002
Chicago, IL 60608
(Address)

6

**RETURNED**

JUN 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

6-1-08

To whom it may concern...

I, inmate Crandell Williams have a question about the newly revised complaint form I have recently requested from the Law Library. At the end of the packet it contains a "request for Signature" by an authorized officer of the Institution thus giving proof that the complaining inmate is sure of his own identity and available currency in the Trust Fund so that the cost of the filing fee be deducted out of the account. That is okay but the officers here at Cook County Jail does not want and will not help me or other inmates sign anything especially something that spells the words Law Suit. I hope you understand. See, I only been incarcerated two months and something has already happened to me. I cannot understand why would I have to wait six months to file a law suit. I was food poisoned and my body is changing from size to weight at one time. Please help me. I think it's irrelevant to have to six months after the fact, be heard. I am seriously in pain and even Cermak Hospital is feeding me the wrong medication and they take too long to respond to anyone's request forms. Please tell me that I can file my law suit now. I have to file the Law Suit by myself. I do not have any help. This is the first letter of many others the longer it takes to get a response. Please write back.

yes

Sincerely,
Crandell Williams



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**RETURNED**

JUN 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**DETAINEE HEALTH SERVICE REQUEST FORM**
Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: Crandall Williams   Today's Date: 5-9-08

ID #: 2008 - 0030967  Division: 9   Tier: 3-H   Birth Date: 3-13-84
    (Booking Year) (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM <u>USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.</u> EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☒ I want information about HIV / AIDS

Describe your problem: On April 22nd I was shipped from here in Cook County over to Stateville Correctional Center. I was there for only 10 days. In between those days I do know that I swallowed something in my food that has left me very sick. I need medical attention as soon as possible. I can barely breathe. I'm having severe chest and stomach pains daily.

How long have you had this problem? 2 days / **weeks** / months (circle one)
Next Court Date: 6-11-08

Referred to:  ☐ Medical  ☐ Dental  ☐ Mental Health  ☐ Health Educator  ☐ DOC   Date:

**Initial Provider Note:** _____

Signature/Title: _____ Date: _____ Time: _____

**Secondary Disposition:** (as indicated): Recommended Follow-up:  ☐ Sick Call   ☐ PRN
Signature/Title: _____ Date: _____ Time: _____

**Appointment Scheduler:**
Appointment Date: _____

Signature/Title: _____

Date: _____ Time: _____

PATIENT LABEL

Form#: 86322  Rev. March 2006

**RETURNED**

JUN  5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| CERMAK HEALTH SERVICES OF COOK COUNTY<br>2800 S. California Ave. Chicago, Illinois 60608<br>(773) 869-5622 | **Prescription Order**<br>Nursing / CMT / Dialysis Copy |

Patient: Williams, Crandle    ID# 08-053967    Date 5/14/08    **1**

Problem: _____    Location: 9    Weight: _____    Date of Birth: _____

Order (Physician's Signature after last order)    Allergy: NKA

**Rx**    Zantac 150 7 PRN BID x 2 w

_____ MD

DEA / Illinois Lic.#    Physician ** PRINT    Time: _____    Med/Surg [ ]
Form 853.01    MHS [ ]

Notes

Somebody has stolen my identification recently and has filed income tax returns in my name. I do not know or have any idea who this person is. I was incarcerated from Jan 20, 2007 to Nov. 20, 2007. Even in the previous year I did not have a job.

Crandall Williams
June 24, 2008

| | CERMAK HEALTH SERVICES OF COOK COUNTY<br>2800 S. California Ave. Chicago, Illinois 60608<br>(773) 869-5622 | **Prescription Order**<br>Nursing / CMT / Dialysis Copy | | **1** |
|---|---|---|---|---|
| Checked | Patient _Williams, Craudle_ | ID# _08-053767_ Date _5/14/08_ | | |
| | Problem _____ Location _9_ | Weight _____ Date of Birth _____ | | |
| | Order (Physician's Signature after last order) | Allergy: _NKDA_ | | |
| Filed | **Rx** _Zantac 150 - 7 PRBID x72hr_ | | | |
| Data Entry | _[signature] MD_ | | | |
| | DEA / Illinois Lic.# | Physician ** PRINT | Time: | Med/Surg [ ]<br>Form 853.01    MHS [ ] |

**Cermak Health Services of Cook County**
2800 S. California Avenue
Chicago, IL 60608

## DETAINEE HEALTH SERVICE REQUEST FORM
Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: Crandall Williams    Today's Date: 5-9-08

ID #: 2008 - 0030967 Division: 9    Tier: 3-H    Birth Date: 3-13-84
(Booking Year) (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☒ I want information about HIV / AIDS

Describe your problem: On April 22nd I was shipped from here in Cook County over to Stateville Correctional Center. I was there for only 10 days. In between those days I do know that I swallowed something in my food that has left me very sick. I need medical attention as soon as possible. I can barely breathe. I'm having severe chest and stomach pains daily.

How long have you had this problem? 2 days / ⓦⓔⓔⓚⓢ / months (circle one)
Next Court Date: 6-11-08

Referred to: ☐ Medical  ☐ Dental  ☐ Mental Health  ☐ Health Educator  ☐ DOC    Date:

**Initial Provider Note:** _____

Signature/Title: _____ Date: _____ Time: _____

**Secondary Disposition:** (as indicated): Recommended Follow-up:   ☐ Sick Call   ☐ PRN
Signature/Title: _____ Date: _____ Time: _____

**Appointment Scheduler:**
Appointment Date: _____
Signature/Title: _____
Date: _____ Time: _____

PATIENT LABEL

Form#: 86322  Rev: March 2006

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE

| | | |
|---|---|---|
| Date: 5-24-08 | Offender: Crandall Williams (Please Print) | ID#: 2008050967 |
| Present Facility: Cook County D.O.C. | Facility where grievance issue occurred: Stateville NRC | |

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ Disability
☐ Staff Conduct ☐ Dietary ☐ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☒ Other (specify): Warden

☐ Disciplinary Report: ____/____/____
    Date of Report                    Facility where Issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On April 23, 2008 I was inside my cell at the table waiting on my food. At 5:00 pm I was given a tray that looked normal. After eating the food I started choking and vomit came up real fast. It felt like I swallowed an object in my food which hurt my throat, cut my breathing short and left my stomach in pain. I pressed the call button but there was no response until the next day. I was given medical attention on April 25, 2008 and I continued to have pain. I was in cell 2-11 on B-House. This Grievance is for Terry McCan, the Warden at Stateville NRC.

Relief Requested: _____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Crandall Williams                R60690              5/24/2008
Offender's Signature              ID#                 Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ____/____/____   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name          Counselor's Signature          Date of Response

**EMERGENCY REVIEW**

Date Received: ____/____/____   Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
                                                                                      ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature                    Date

# ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

**Date:** 5-24-08  
**Offender:** (Please Print) Crandall Williams  
**ID#:** 20080050967  
**Present Facility:** Cook County D.O.C.  
**Facility where grievance issue occurred:** Stateville NRC

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [ ] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [x] Other (specify): Warden

- [ ] Disciplinary Report: ____/____/____ Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** This Grievance is to Mr. Jesse Walker Jr. On April 22, 2008 I returned back to Stateville NRC because of my parole status. I was only there waiting for a Preliminary Hearing which means that I wasn't suppose to be there because I have not yet been violated or convicted on any charges. On April 23, 2008 I was given a tray of food. I ate the food and later learned that the food had something in it that caused me to seek Medical Attention immediately. I have written Grievances on all other parties responsible.

**Relief Requested:** _____

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Crandall Williams  
Offender's Signature  R60690  ID#  5/24/2008  Date

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

**Date Received:** ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

**Response:** _____

Print Counselor's Name _____ Counselor's Signature _____ Date of Response ___/___/___

### EMERGENCY REVIEW

**Date Received:** ___/___/___  Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature _____ Date ___/___/___

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

Date: 5-24-08  Offender: (Please Print) Crandall Williams  ID#: 20080030967

Present Facility: Cook County D.O.C.  Facility where grievance issue occurred: Stateville NRC

**NATURE OF GRIEVANCE:**

☐ Personal Property   ☐ Mail Handling   ☐ Restoration of Good Time   ☐ Disability
☐ Staff Conduct   ☒ Dietary   ☐ Medical Treatment   ☐ HIPAA
☐ Transfer Denial by Facility   ☐ Transfer Denial by Transfer Coordinator   ☐ Other (specify): _____

☐ Disciplinary Report: ___/___/___
  Date of Report                                    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On April 23, 2008 I was inside my cell at the table waiting on my food. At 5:00 pm I was given a tray that looked normal. After eating the food I started choking and vomit came up real fast. It felt like I swallowed an object in my throat which cut my breathing short and left my stomach in pain. I pressed the call button but there was no response until the next day. I was given medical attention on April 25, 2008 and I continued to have pain. I was in cell 2-11 on B-House. This grievance is for Quentin Tanner, the Dietary Manager - 2nd shift.

Relief Requested: _____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Crandall Williams                    B60690           5/24/2008
Offender's Signature                  ID#              Date
(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___    ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: _____

Print Counselor's Name    Counselor's Signature    Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___    Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
                                                                                  ☐ No; an emergency is not substantiated.
                                                                                  Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature                           Date

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

**Date:** 5-24-08   **Offender:** (Please Print) Crandall Williams   **ID#:** 20080030567

**Present Facility:** Cook County D.O.C.   **Facility where grievance issue occurred:** Stateville NRC

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On April 23, 2008 I was inside my cell at the table waiting on my food. At 5:00 pm I was given a tray that looked normal. After eating the food I started choking and vomit came up came up real fast. It felt like I swallowed an object in my throat which cut my breathing short and left my stomach in pain. I pressed the call button but there was no response until the next day. I was given medical attention on April 25, 2008 and I continued to have pain. I was in cell 2-11 on B-House. This Grievance is for Dr. Ghosh; Head Doctor.

**Relief Requested:** _____

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Crandall Williams   R66690   5/24/2008
Offender's Signature   ID#   Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___   [ ] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: _____

Print Counselor's Name _____ Counselor's Signature _____ Date of Response ___/___/___

**EMERGENCY REVIEW**

Date Received: ___/___/___   Is this determined to be of an emergency nature?
  [ ] Yes; expedite emergency grievance
  [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature _____ Date ___/___/___

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

Date: 5-24-08  
Offender: (Please Print) Crandall Williams  
ID#: 2008030967  
Present Facility: Cook County D.O.C.  
Facility where grievance issue occurred: Stateville NRC  

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ Disability
☐ Staff Conduct ☒ Dietary ☐ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☐ Other (specify): _____

☐ Disciplinary Report: ___/___/___
   Date of Report                    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On April 23, 2008 I was inside my cell at the table waiting on my food. At 5:00 pm I was given a tray that looked normal. After eating the food I started choking and vomit came up real fast. It felt like I swallowed an object in my throat which cut my breathing short and left my stomach in pain. I pressed the call button but there was no response until the next day. I was given medical attention on April 25, 2008 and I continued to have pain. I was in cell 2-11 on B House. This Grievance is for all parties responsible: Quiantia Tanner; the Dietary Manager on 2nd shift, Dr. Ghosh; the Head Doctor, Terry McCann; the Warden at Stateville NRC, and Jesse Walker Jr; Warden.

Relief Requested: _____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Crandall Williams          R60690      5/24/2008
Offender's Signature        ID#          Date
(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: _____

Print Counselor's Name          Counselor's Signature          Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___  Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature          Date