U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Crandall B. Williams | 08C 3925 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Walker Jr. et al. | S/C |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ➡ | Jesse Walker Jr. Warden |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
|  | 16830 S. Route 53 Cresthill, IL. 60434 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Crandall B. Williams, 2008-0030967<br>Cook County Jail<br>P.O. Box 089 002<br>Chicago, IL 60008 | Number of process to be served with this Form - 285 : **1**<br><br>Number of parties to be served in this case : **4**<br><br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                              Fold

**FILED**

AUG 2 1 2008 TC
Aug 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Crandall B. Williams | | | 07-29-08 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 of 4 | No. 24 | No. 24 | | 07-29-08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above)<br>NOT SERVED | Date of Service | Time | am / pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 48.00 | 0 | 0 | 48.00 | 0 | 48.00 | 0 |

REMARKS: 8/15/08 According to IDOC Personnel no such employee exists.
1 DUSM, 1 hour

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

Form AO-399 (Rev. 05/00)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
(DISTRICT)

## Waiver of Service of Summons

**TO:** Crandall B. Williams
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Jesse Walker Jr.                                    acknowledge receipt of your request that I waive
(DEFENDANT NAME)

service of summons in the action of Crandall B. Williams vs. Walker, Jr., et al.
(CAPTION OF ACTION)

which is case number 08C3925                                    in the United States District Court for the
(DOCKET NUMBER)

Northern District of Illinois                                    .
(DISTRICT)

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after August 14, 2008
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

_____            _____
DATE                        SIGNATURE

Printed/Typed Name: _____

As _____ of _____
   TITLE                    CORPORATE DEFENDANT

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO440 (REV. 10/93) Summons in a Civil Action

# United States District Court
Northern District of Illinois

### SUMMONS IN A CIVIL ACTION

Crandall B. Williams (2008-0030967), Pro Se

CASE NUMBER: 08 C 3925
JUDGE: Ronald A. Guzman

vs.

Jesse Walker, Jr., Quentin Tanner, Terry McCan, Dr. Ghosh

TO:   Jesse Walker, Jr., Quentin Tanner, Terry McCan, Dr. Ghosh

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff's attorney:

Name:       Crandall Barnett Williams, (2008-0030967) - Pro Se
Firm:       Cook County Jail
Address:    P. O. Box 089002
City:       Chicago, IL 60608
Telephone:

an answer to the complaint which is herewith served upon you, within [20] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

By: _____
Sheila Moore, Deputy Clerk

Dated: July 23, 2008

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me:^ | DATE |
|---|---|
| NAME OF SERVER (Print) | TITLE |

*Check one box below to indicate appropriate method of service:*

[ ]   Served personally upon the defendant.  Place where served:_____

_____

[ ]   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  Name of person with whom the summons and complaint were left:_____

[ ]   Returned unexecuted:_____

[ ]   Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                          Date                                              Signature of Server

                                                                  _____
                                                                  Address of Server

^As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Consent to Exercise of Jurisdiction**
**By a United States Magistrate Judge**

Case Title                                    Case Number:

                                              Assigned Judge:

              V.

                                              Designated
                                              Magistrate Judge:

  In accordance with the provisions of Title 28 U.S.C.§636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment. If an objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending.

_____   By:_____   _____
  Date                  Signature                  Name of Party or Parties

_____   By:_____   _____
  Date                  Signature                  Name of Party or Parties

_____   By:_____   _____
  Date                  Signature                  Name of Party or Parties

_____   By:_____   _____
  Date                  Signature                  Name of Party or Parties

Note: File this consent *only* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge.

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3925 | **DATE** | 7/21/08 |
| **CASE TITLE** | Crandall B. Williams (2008-0030967) vs. Walker, Jr.; et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to proceed *in forma pauperis* [3] is granted. The Court authorizes and orders Cook County Jail officials to deduct $2.57 from Plaintiff's account, and to continue making monthly deductions in accordance with this order. The Clerk shall send a copy of this order to Elizabeth Hudson, Supervisor of Inmate Trust Fund Accounts, Cook County Dept. of Corrections Administrative Office, Division V, 2700 S. California, Chicago, IL 60608. The Clerk shall issue summonses, attach a Magistrate Judge Consent Form to the summons for each Defendant, and send Plaintiff said Form and Instructions for Submitting Documents along with a copy of this order.

■[For further details see text below.]

Docketing to mail notices.

## STATEMENT

Plaintiff, Crandall B. Williams, an inmate at Cook County Jail, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff's motion for leave to proceed *in forma pauperis* is granted. Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff is assessed an initial partial filing fee of $2.57. The supervisor of inmate trust accounts at the Cook County Jail is authorized and ordered to collect, when funds exist, the partial filing fee from Plaintiff's trust fund account and pay it directly to the Clerk of Court. After payment of the initial partial filing fee, Plaintiff's trust fund officer is directed to collect monthly payments from Plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments shall be forwarded to the Clerk of Court each time the amount in the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, Illinois 60604, attn: Cashier's Desk, 20th Floor, and shall clearly identify Plaintiff's name and the case number assigned to this action. The Cook County inmate trust account office shall notify transferee authorities of any outstanding balance in the event Plaintiff is transferred from the jail to another correctional facility.

Under 28 U.S.C. § 1915A, the Court is required to conduct a prompt review of the complaint. Plaintiff claims that Defendants violated his constitutional rights by serving him food that made him ill and ignoring some of his requests for medical treatment. While a more fully developed record may belie Plaintiff's allegations, at this stage of litigation, the Defendants must respond to the complaint.

The United States Marshals Service is appointed to serve Defendants. Any service forms necessary for Plaintiff to complete will be sent by the Marshal as appropriate to serve Defendants with process. The U.S. Marshal is directed to make all reasonable efforts to serve Defendants. With respect to any former jail employee who can no longer be found at the work address provided by Plaintiff, the Cook County Department of Corrections shall furnish the Marshal with Defendant's last-known address. The information shall be used only for purposes of effectuating service [or for proof of service, should a dispute arise] and any

## STATEMENT

documentation of the address shall be retained only by the Marshal. Address information shall not be maintained in the court file, nor disclosed by the Marshal. The Marshal is authorized to mail a request for waiver of service to Defendants in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service.

Plaintiff is instructed to file all future papers concerning this action with the Clerk of Court in care of the Prisoner Correspondent. In addition, Plaintiff must send an exact copy of any filing to Defendants or, if represented by counsel, to counsel for Defendants. Plaintiff must include on the original filing a certificate of service stating to whom exact copies were mailed and the date of mailing. Plaintiff must also insure all pleadings, written motions, and other papers submitted to the Court are signed pursuant to Fed. R. Civ. P. 11(a). Any paper that is sent directly to the judge or otherwise fails to comply with these instructions may be disregarded by the Court or returned to Plaintiff.

**FILED**

JULY 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*MHh*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

~~SMM~~

Crandall Barnett Williams

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Jesse Walker Jr.

Quentin Tanner

Terry McCan

Dc. Ghosh

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

**RECEIVED**
7-10-2008
JUL 1 0 2008 *acw*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# 08CV3925
# JUDGE GUZMAN
Cas **MAG.JUDGE KEYS**
(To

*[vertical stamps: NORTHERN DIST. OF IL. ADMINISTRATIVE SECTION   2008 AUG 14  PM 12: 03   UNITED STATES MARSHAL RECEIVED GENERAL]*

**CHECK ONE ONLY:**

✓     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
        U.S. Code (state, county, or municipal defendants)

_____     COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
        28 SECTION 1331 U.S. Code (federal defendants)

_____     OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

## PRISONER CORRESPONDENCE FORM

Please fill out and return this form along with any other pleading you wish to submit to the court. It is your responsibility to keep the court advised of your current address in order for you to receive orders from the court. Failure to do so may result in dismissal of your case for want of prosecution. Once the Prisoner Correspondent records this information, this form will be destroyed.

**PLEASE PRINT**

1.  Name: _Crandall_ _Barnett_ _Williams_
    (First)            (Middle)            (Last)

    List Alias Names, if any: _____

    _____

2.  Any Current/Prior
    Prison ID Number(s): _B60690_

    Name of Prison(s): _Stateville Corr. Center, Vienna Corr. Center_

3.  Jail ID Number(s): _20080021755, 20080030967_

    Name of Jail(s): _Cook County D.O.C._

4.  Date of Birth: _March 13, 1984_

5.  Home Address (Do **not** use P.O. Box):

    Street Name and Number: _Honore St. 12415_

    City, State and Zip Code: _Calumet Park, IL. 60827_

I.    **Plaintiff(s):**

    A.    Name: Crandall B. Williams

    B.    List all aliases: _____

    C.    Prisoner identification number: 20080030967 / R60690

    D.    Place of present confinement: Cook County D.O.C.

    E.    Address: P.O. Box 089002 Chicago, IL. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A.    Defendant: Jesse Walker Jr.

        Title: Warden

        Place of Employment: Several Illinois Corr. facilities

    B.    Defendant: Quentin Tanner

        Title: Dietary Manager at Stateville NRC

        Place of Employment: Stateville NRC

    C.    Defendant: Terry McCan

        Title: Warden at Stateville NRC

        Place of Employment: Stateville NRC

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

COntinued from Page 2

II Defendant(s):

D. Defendant: Dr. Ghosh
    Title: Head Doctor at Stateville NRC
    Place of Employment: Stateville NRC

    notes

The Social Worker here at Cook County Department of Corrections
has provided me with all the information I needed from Stateville
Correctional Center to go further with this case. Her name is
Ms. Butler. She has tried several times to retreive a first name of
the above, Dr. Ghosh but was turned down by Warden Terry McCann.

                                        Crandall Williams
                                        June 24, 2008

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: __None__

B.  Approximate date of filing lawsuit: __None__

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: __None__

D.  List all defendants: __None__

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __None__

F.  Name of judge to whom case was assigned: __None__

G.  Basic claim made: __None__

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __None__

I.  Approximate date of disposition: __None__

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I, Crandall B. Williams am stating that On April 23, 2008 I was incarcerated at Stateville NRC while waiting for a Parole Hearing. I was given a food tray which came through the "Food Service Door" in Cell # 2-13 on B-House. While eating the food I became very sick and pressed the Emergency Button on the wall in the cell. No one responded. My celly, Mike Benge (R69835) began helping me cough up the food. I started having severe Chest and Stomach Pains. The next day I was given "Laxative" but it did not work. The following I received medical attention from an unknown nurse who said she cannot help me. My new celly, Devin Seats (R65374) witnessed this. Jesse Walker Jr. is involved in this case because he is the higher Power of all Correctional facilities in this state. Terry McCan is involved because he is the Warden at Stateville NRC. Quentin Tanner is involved in this case because he is the Dietary Manager at Stateville NRC. Dr. Ghosh is involved because he is the Head Doctor at Stateville NRC.

4

5

Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am asking the court to make sure that I am paid for all damages done to my body as a result of this incident in the amount of: $800,000. The money is to make sure that my health is taken care of so this may not happen again. I was only at Stateville NRC for a Parole Hearing. The incident, I admit, was a near-death experience.

**VI.    The plaintiff demands that the case be tried by a jury.** ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 24th day of June, 20 08

Crandall B. Williams

_____
(Signature of plaintiff or plaintiffs)

Crandall B. Williams
(Print name)

2008 0030967
(I.D. Number)

P.O. Box 089002
Chicago, IL 60608
(Address)

6

# RETURNED

JUN 5 2008

6-1-08

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To Whom it may concern...

I, Crandell Williams have a question about the newly revised complaint form I have recently requested from the Law Library. At the end of the packet it contains a "request for Signature" by an authorized officer of the Institution thus giving proof that the complaining inmate is sure of his own identity and available currency in the Trust Fund so that the cost of the filing fee be deducted out of the account. That is okay but the officers here at Cook County Jail does not want and will not help me or other inmates sign anything especially something that spells the words Law Suit. I hope you understand. See, I only been incarcerated two months and something has already happened to me. I cannot understand why would I have to wait six months to file a law suit. I was Food Poisoned and my body is changing from size to weight at one time. Please help me. I think it's irrelevant to have to six months after the fact, be heard. I am seriously in pain and even Cermak Hospital is feeding me the wrong medication and they take too long to respond to anyone's request forms. Please tell me that I can file my law suit now. I have to file the law suit by myself. I do not have any help. This is the first letter of many others the longer it takes to get a response. Please write back.

yes

Sincerely,
Crandell Williams

**RETURNED**

JUN -5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## DETAINEE HEALTH SERVICE REQUEST FORM
Mark box ☒ on the left of answers or print. In space provided.
Side 1 - English

Crandall Williams _____ Today's Date: 5-9-08

ID #: 2 0 0 8 - 0 0 3 0 9 6 7 Division: 9 Tier: 3-H Birth Date: 3-13-84
(Booking Year)　(Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☑ I want information about HIV / AIDS

Describe your problem: On April 22nd I was shipped from here in Cook County over to Stateville Correctional Center. I was there for only 10 days. In between those days I do know that I swallowed something in my food that has left me very sick. I need medical attention as soon as possible. I can barely breathe. I'm having severe chest and stomach pains daily.

How long have you had this problem? 2 days / ~~weeks~~ / months (circle one)
Next Court Date: 6-11-08

Referred to: ☐ Medical ☐ Dental ☐ Mental Health ☐ Health Educator ☐ DOC Date:

**Initial Provider Note:** _____

_____
_____
_____
_____

Signature/Title: _____ Date: _____ Time: _____

**Secondary Disposition:** (as indicated): Recommended Follow-up: ☐ Sick Call ☐ PRN
Signature/Title: _____ Date: _____ Time: _____

**Appointment Scheduler:**
Appointment Date: _____

Signature/Title: _____

Date: _____ Time: _____

PATIENT LABEL

Form#: 88332 Rev: March 2006

RETURNED

JUN 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



CERMAK HEALTH SERVICES OF COOK COUNTY
2800 S. California Ave. Chicago, Illinois 60608
(773) 869-3582

Checked

Patient Williams, Crandle    ID# 08-053.767    Date 5/14/08    **1**

Problem                      Location 9    Weight    Date of Birth.

Order (Physician's Signature after last order)    Allergy: NKA

Filed

**Rx**    Zantac 150 ? PO BID X 2 wks

Data Entry                        MD

DEA / Illinois Lic.#    Physician ** PRINT    Time:    Med/Burg [ ]
                                        Form 853.01    MHS    [ ]

**Prescription Order**
Nursing / CMT / Dialysis Copy

Notes

Somebody has stolen my identification recently and has filed income
tax returns in my name. I do not know or have any idea who this person
is. I was incarcerated from Jan 20, 2007 to Nov. 20, 2007. Even in the
previous year I did not have a job.

Crandall Williams
June 24, 2008

CERMAK HEALTH SERVICES OF COOK COUNTY
2800 S. California Ave. Chicago, Illinois 60608
(773) 869-6822

**Prescription Order**

Nursing / CMT / Dialysis Copy

**1**

Patient _Williams, Crandle_    ID# _08-053967_    Date _5/14/08_

Problem _____    Location _9_    Weight _____    Date of Birth _____

Order (Physician's Signature after last order) _2_    Allergy: _NKDA_

**Rx**    _Zantac 150 — PSBID x 2 w_

_MP_

DEA / Illinois Lic.# _____    Physician -- PRINT _____    Time: _____    Med/Surg [ ]

Form 853.01    MHS [ ]

 Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## DETAINEE HEALTH SERVICE REQUEST FORM
Mark box ☒ on the left of answers or print in space provided.
Side 1 • English

Name: **Crandell Williams**                    Today's Date: **5-9-08**

ID #: **2008 - 0030969** Division: **9** Tier: **3-H** Birth Date: **3-13-84**
(Booking Year) (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM**. EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☑ I want information about HIV / AIDS

Describe your problem: On April 22nd I was shipped from here
in Cook County over to Stateville Correctional Center.
I was there for only 10 days. In between those days I do know
that I swallowed something in my food that has left me very sick.
I need medical attention as soon as possible. I can barely breathe.
I'm having severe chest and stomach pains daily.

How long have you had this problem? **2** days / ~~weeks~~ / months (circle one)
Next Court Date: **6-11-08**

Referred to:  ☐ Medical  ☐ Dental  ☐ Mental Health  ☐ Health Educator  ☐ DOC  Date:

**Initial Provider Note:** _____

_____

_____

_____

Signature/Title:_____ Date:_____ Time:_____

**Secondary Disposition:** (as indicated): Recommended Follow-up:  ☐ Sick Call  ☐ PRN
Signature/Title:_____ Date:_____ Time:_____

**Appointment Scheduler:**
Appointment Date:_____

Signature/Title:_____

Date:_____ Time:_____

Form#: 86822  Rev: March 2008

PATIENT LABEL

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: 5-24-08 | Offender: (Please Print) Crandall Williams | ID#: L000050967 |
|---|---|---|

| Present Facility: Cook County D.O.C. | Facility where grievance issue occurred: Stateville NRC |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ Disability
☐ Staff Conduct  ☐ Dietary  ☐ Medical Treatment  ☐ HIPAA
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator  ☒ Other (specify): Warden

☐ Disciplinary Report: ___/___/___  Date of Report  Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On April 23, 2008 I was inside my cell at the table waiting on my food. At 5:00 pm I was given a tray that looked normal. After eating the food I started choking and vomit came up real fast. It felt like I swallowed an object in my food which hurt my throat, cut my breathing short and left my stomach in pain. I pressed the call button but there was no response until the next day. I was given medical attention on April 25, 2008 and I continued to have pain. I was in cell 2-11 on B-House. This Grievance is for Terry McCann the Warden at Stateville NRC.

**Relief Requested:** _____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Crandall Williams    R60690    5, 24, 2008
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___  ☐ Send directly to Grievance Officer  ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: _____

Print Counselor's Name    Counselor's Signature    Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___  Is this determined to be of an emergency nature?  ☐ Yes; expedite emergency grievance  ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature    ___/___/___ Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| | | |
|---|---|---|
| Date: 5-24-08 | Offender: (Please Print) Crandall Williams | ID# B00800S0967 |
| Present Facility: Cook County D.O.C. | Facility where grievance issue occurred: Stateville NRC | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Disciplinary Report: _____ Date of Report _____
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☒ Other (specify): Warden

Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** This Grievance is to Mr. Jesse Walker Jr.

On April 22, 2008 I returned back to Stateville NRC because of my Parole Status. I was only there Waiting for a Preliminary Hearing which means that I wasn't suppose to be there because I have not yet been Violated or Convicted on any Charges. On April 23, 2008 I was given a tray of food. I ate the food and later learned that the food had something in it that caused me to seek Medical Attention immediately. I have Written Grievances on all other parties responsibles.

**Relief Requested:** _____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Crandall Williams | R606990 | 5, 24, 2008 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___      ☐ Send directly to Grievance Officer      ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: _____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

Date Received: ___/___/___      Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance
☐ Not an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| Chief Administrative Officer's Signature | | Date |
|---|---|---|

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 5-24-08 | Offender: (Please Print) Crandall Williams | ID#: 2008030967 |
|---|---|---|
| Present Facility: Cook County D.O.C. | Facility where grievance issue occurred: Stateville NRC | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [x] Mail Handling
- [x] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ____/____/____
  Date of Report          Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On April 23, 2008 I was inside my cell at the table waiting on my food. At 5:00 pm I was given a tray that looked normal. After eating the food I started choking and vomit came up real fast. It felt like I swallowed an object in my throat which cut my breathing short and left my stomach in pain. I pressed the call button but there was no response until the next day. I was given Medical attention on April 25, 2008 and I continued to have pain. I was in Cell 2-11 on B House. This Grievance is for Quentin Tanner; the Dietary Manager - 2nd shift.

Relief Requested: _____

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Crandall Williams | R60690 | 5 , 24 , 2008 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

Date Received: ____/____/____    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

### EMERGENCY REVIEW

Date Received: ____/____/____    Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| Chief Administrative Officer's Signature | Date |
|---|---|

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 5-24-08 | Offender: (Please Print) Crandall Williams | IDOC #: 2008003096? |
|---|---|---|
| Present Facility: Cook County D.o.c. | Facility where grievance issue occurred: Stateville NRC | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify):

☐ Disciplinary Report: ___/___/___
Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On April 23, 2008. I was inside my cell at the table. Waiting on my food. At 5:00 pm I was given a tray that looked normal. After eating the food I started choking and vomit came up came up real fast. It felt like I swallowed an object in my throat which cut my breathing short and left my stomach in pain. I pressed the call button but there was no response until the next day. I was given medical attention on April 25, 2008 and I continued to have pain. I was in cell 2-11 on B-House. This grievance is for Dr. Ghosh: Head Doctor.

**Relief Requested:** _____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Crandall Williams      R60690      5, 24, 2008
Offender's Signature          ID#          Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name      Counselor's Signature      Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___   Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance   ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature      Date

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 5-24-08 | Offender: (Please Print) Crandall Williams | IDOC: 2008030967 |
|---|---|---|

| Present Facility: Cook County D.O.C. | Facility where grievance issue occurred: Stateville NRC |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☒ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify): _____

- ☐ Disciplinary Report: ____/____/____  Date of Report _____   Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On April 23, 2008 I was inside my cell at the table. Waiting on my food. At 5:00 pm I was given a tray that looked normal. After eating the food I started choking and vomit came up real fast. It felt like I swallowed an object in my throat which cut my breathing short and left my stomach in pain. I pressed the call button but there was no response until the next day. I was given medical attention on April 25, 2008 and I continued to have pain. I was in cell 2-11 on B House. This Grievance is for all parties responsible: Quinotin Tanner; the Dietary Manager on 2nd shift, Dr Ghosh; the head Doctor, Terry McCann; the Warden at Stateville NRC and Jesse Walker Jr; Warden.

**Relief Requested:** _____

_____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Crandall Williams | R60690 | 5 , 24 , 2008 |
|---|---|---|
| Offender's Signature | IDOC # | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ____/____/____     ☐ Send directly to Grievance Officer     ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: _____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response ____/____/____ |
|---|---|---|

---

**EMERGENCY REVIEW**

Date Received: ____/____/____     Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| Chief Administrative Officer's Signature | Date |
|---|---|